1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

           IN THE UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN A. SMITH** ) | **CASE NO. 2:10-CV-01985-EFB** |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2011, to March 17, 2011.   This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: February 17, 2011 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

| | | |
|---|---|---|
| Dated: February 17, 2011 | | Benjamin B. Wagner |
| | | United States Attorney |
| | | |
| | | /s/ *Brenda Pullin* |
| | | BRENDA PULLIN |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED. However, plaintiff is advised that given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a showing of substantial cause.

DATED: February 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2