1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney
   Social Security Administration
5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8975
7      Facsimile:  (415) 744-0134
       E-Mail:Brenda.Pullin@ssa.gov
8
   Attorneys for Defendant
9
                        UNITED STATES DISTRICT COURT
10
                        EASTERN DISTRICT OF CALIFORNIA
11
                           SACRAMENTO DIVISION
12

13  CAROLYN A. SMITH,                  )
                                       )        CIVIL NO. 2:10-CV-01985-EFB
14        Plaintiff,                   )
                                       )
15            v.                       )        STIPULATION AND ORDER FOR
                                       )        EXTENSION OF TIME
16  MICHAEL J. ASTRUE,                 )
    Commissioner of Social Security,   )
17                                     )
          Defendant.                   )
18  _____)

19

20

21

22        The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

23  of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to

24  Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of

25  the arguments for remand presented in Plaintiff's motion.  Defendant's current deadline is April 18,

26  2011, and the new deadline will be May 18, 2011.  The Court's Scheduling Order shall be modified

27  accordingly.

28

1

Respectfully submitted,

2

3

4

Dated: April 18, 2011

*/s/ Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

5

Dated: April 18, 2011

BENJAMIN B. WAGNER
United States Attorney

6

7

8

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

9

Attorneys for Defendant

10

11

12

**ORDER**

13

APPROVED AND SO ORDERED.

14

15

DATED:  April 19, 2011.

16

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28