1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney
   Social Security Administration
5
        333 Market Street, Suite 1500
6       San Francisco, California  94105
        Telephone:  (415) 977-8975
7       Facsimile:  (415) 744-0134
        E-Mail:Brenda.Pullin@ssa.gov
8
   Attorneys for Defendant
9
                            UNITED STATES DISTRICT COURT
10
                            EASTERN DISTRICT OF CALIFORNIA
11
                                  SACRAMENTO DIVISION
12

13  CAROLYN A. SMITH,                    )
                                         )   CIVIL NO. 2:10-CV-01985-EFB
14        Plaintiff,                     )
                                         )
15        v.                             )   STIPULATION AND ORDER FOR
                                         )   SECOND EXTENSION OF TIME
16  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
17                                       )
          Defendant.                     )
18  _____ )

19

20

21

22      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

23  of the attached Order, that Defendant shall have a second extension of time of 15 days to respond to

24  Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of

25  the various arguments for remand presented in Plaintiff's motion.  The new deadline will be June 2,

26  2011, and the Court's Scheduling Order shall be modified accordingly.

27

28

Respectfully submitted,

Dated: May 20, 2011

*/s/ Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: May 20, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  May 24, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE