| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | BRENDA M. PULLIN |
| 4 | Special Assistant United States Attorney |
| | Social Security Administration |

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROLYN A. SMITH, | ) |
|     Plaintiff, | ) CIVIL NO. 2:10-CV-01985-EFB |
|     v. | ) STIPULATION AND ORDER FOR THIRD |
| MICHAEL J. ASTRUE, | ) EXTENSION OF TIME |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a third extension of time of 20 days to respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of the various arguments for remand presented in Plaintiff's motion. The new deadline will be June 22, 2011, and the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 20, 2011

*/s/ Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: June 20, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 24, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE